IN RE RESIGNATION OF BLEDSOE.

[Cite as *In re Resignation of Bledsoe* (1994), 70 Ohio St.3d 1210.]

(No. 94–1746—Submitted August 31, 1994—Decided September 2, 1994.)

The resignation of Samuel C.D. Bledsoe of Washington, D.C., as an attorney, Registration No. 0024079, is accepted.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

HERALD, APPELLEE, *v.* HOOD, APPELLANT.

[Cite as *Herald v. Hood* (1994), 70 Ohio St.3d 1210.]

(No. 93–1864—Submitted August 31, 1994—Decided September 28, 1994.)

*Robert A. Royer* and *Suzanne C. Porter,* for appellee.

*Ted Chuparkoff* and *Wayne Hassay,* for appellant.

*Joan Krauskopf,* urging affirmance for *amici curiae,* Now Legal Defense and Education Fund and Ohio National Organization for Women, Inc.

Based upon our decision in *Ault v. Jasko* (1994), 70 Ohio St.3d 114, 637 N.E.2d 870, wherein we applied the discovery rule for purposes of tolling the statute of limitations in child-sexual-abuse-repressed-memory cases, this appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents for the reasons stated in his dissenting opinion in *Ault v. Jasko* (1994), 70 Ohio St.3d 114, 637 N.E.2d 870.